v.

**ALLCARE HEALTH MANAGEMENT SYSTEMS, INC., Defendant–Appellant.**

No. 2009–1065.

United States Court of Appeals, Federal Circuit.

July 13, 2009.

**Charles G. MORGAN, Petitioner,**

v.

**DEPARTMENT OF ENERGY, Respondent.**

No. 2008–3306.

United States Court of Appeals, Federal Circuit.

July 22, 2009.

Richard Segerblom, Richard Segerblom, Ltd., of Las Vegas, NV, argued for petitioner.

Jane W. Vanneman, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Michael F. Hertz, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director.

NEWMAN, CLEVENGER, and BRYSON, Circuit Judges.

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.